

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00187-CR

**THE STATE OF TEXAS,**

                                                                Appellant

 v.

**DWAYNE ROBERT HEATH,**

                                                                Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2017-241-C2

# O R D E R

Appellee's motion for rehearing dated November 14, 2018 is denied.

PER CURIAM

Before Chief Justice Gray,
         Justice Davis, and
         Justice Scoggins
Motion Denied
Order delivered and filed December 5, 2018

